Katherine LINDSTROM, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10863.

Circuit Court of Appeals, Ninth Circuit.

July 19, 1945.

Ralph G. Lindstrom, of Los Angeles, Cal., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., for respondent.

Before MATHEWS and BONE, Circuit Judges.

## PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, filed September 18, 1944, and good cause therefor appearing, it is ordered that the decision of the Tax Court of the United States in the above cause be, and hereby is affirmed, that a judgment be filed and entered accordingly and the mandate of this court issue forthwith.

Rose RUSMAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 11110.

Circuit Court of Appeals, Ninth Circuit.

July 31, 1945.

No appearance for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

## PER CURIAM.

Upon consideration of the motion of respondent consented to by petitioner, for dismissal of the petition to review herein, and good cause therefor appearing, ordered motion granted, that the petition to review in this cause be dismissed, that a judgment be filed and entered accordingly and the mandate of this court in this cause issue forthwith.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ST. LOUIS STEEL CASTING COMPANY.

No. 13119.

Circuit Court of Appeals, Eighth Circuit.

July 25, 1945.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, and Malcolm F. Halliday, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

## PER CURIAM.

Order of Labor Board enforced, on petition for enforcement and stipulation filed with Board.